THE STATE *v.* STUCKY, in Error.

AN indictment, for retailing spirituous liquors to *divers persons* without licence, is bad. It should either contain the names of the persons to whom the sale was made, or state their names to be unknown. 1 Chitt. C. L. 211.